| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | FEDERAL NATIONAL MORTGAGE ASSOCIATION, | Case No. 12-cv-01240-DMS-BLM |
| 12 | | Hon. Dana M. Sabraw |
| 13 | Plaintiff, | **ORDER GRANTING MOTION BY PLAINTIFF FEDERAL NATIONAL MORTGAGE ASSOCIATION TO REMAND CASE** |
| 14 | v. | |
| 15 | RAMON VILLEGAS, CANDELARIA VILLEGAS, and Does 1 through 5, inclusive, | |
| 16 | | |
| 17 | Defendants. | |

IR01DOCS559209.1

1         This case comes before the Court on Plaintiff's motion to remand this case to state court.
2   The motion is unopposed. Based on the Court's review of the moving papers, and the pleadings
3   and records on file, Plaintiff's motion is GRANTED.
4         **IT IS SO ORDERED.**

Dated: September 12, 2012

                                Hon. Dana M. Sabraw
                                United States District Judge