1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>           Plaintiff,<br><br>      v.<br><br>RAMON VILLEGAS, CANDELARIA VILLEGAS, and Does 1 through 5, inclusive,<br><br>           Defendants. | Case No. 12-cv-01240-DMS-BLM<br><br>Hon. Dana M. Sabraw<br><br>**ORDER GRANTING MOTION BY PLAINTIFF FEDERAL NATIONAL MORTGAGE ASSOCIATION TO REMAND CASE** |
|---|---|

IR01DOCS559209.1

ORDER (12cv01240)

1       This case comes before the Court on Plaintiff's motion to remand this case to state court.
2 The motion is unopposed. Based on the Court's review of the moving papers, and the pleadings
3 and records on file, Plaintiff's motion is GRANTED.
4       **IT IS SO ORDERED.**

6 Dated: September 12, 2012                                                       
                                                         Hon. Dana M. Sabraw
                                                         United States District Judge

5
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28